# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUSTIN D. PORTER,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK,
Respondent,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 73587





SEP 13 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus challenging the purported denial of a motion to dismiss counsel and substitute counsel. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170. Notably, petitioner has failed to provide an appendix with any supporting documents, including a written or minute order memorializing the denial of the motion to dismiss counsel. *See* NRAP 21(a)(4). Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Elissa Cadish, District Judge
Justin D. Porter
Attorney General/Carson City
Clark County District Attorney
Clark County Public Defender
Eighth District Court Clerk

17-30867